# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS LLC,<br>*Plaintiff* | § § § § | |
| -v- | § § § | W-20-CV-00534<br>W-20-CV-00536<br>W-20-CV-00538<br>W-20-CV-00542 |
| HUAWEI TECHNOLOGIES CO.,<br>LTD., HUAWEI TECHNOLOGIES<br>USA INC.<br>*Defendants* | § § § § § § | |

## ORDER TO PAY TECHNICAL ADVISOR

The Court previously appointed Dr. Joshua J. Yi to serve as a technical advisor on this case. The Court has reviewed Dr. Yi's invoice for services through today and finds the requested amount to be reasonable and necessary. As such, the Court **ORDERS** payment to be promptly made as follows:

| | |
|---|---|
| Plaintiff: | $8,113.33 |
| Defendant: | $8,113.33 |

Dr. Yi will separately provide deposit instructions.

**SIGNED** this 2nd day of June, 2021.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE